JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSIC SALES CORPORATION, a New York corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation, E.P.H.C.Y. PUBLISHING, entity form unknown, STONES THROW LLC, a California limited Liability company dba STONES THROW RECORDS, and DOES 1-10,<br><br>　　　　Defendants | Case No. 2:20-CV-02644-JFW-(JCx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

　　A.　All of the claims asserted in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) as of November 30, 2020; and

　　B.　The parties to this stipulation shall each bear their own costs, expenses and attorneys' fees incurred in this action.

DATED: November 30, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge